IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 5:13-cv-00046 EJD |
| PATRICIA DE LUCA, | (Appeal from In re Patricia De Luca), Bankr. N.D. Cal. (San Jose) Case No. 12-51940 SLJ) |
| Debtor. | **ORDER DISMISSING CASE** |

_____/

On July 22, 2013, the court ordered Appellant to show cause in writing by August 2, 2013, why this case should not be dismissed for lack of prosecution because the record had not appeared on the District Court docket. See Docket Item No. 5. In particular, the court ordered Appellant to investigate the whereabouts of the record and file a declaration detailing her efforts. The court further admonished Appellant that this action would be dismissed with prejudice should she fail to respond.

As of this date, Appellant has not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and Federal Rule of Bankruptcy 8001. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: August 5, 2013

EDWARD J. DAVILA
United States District Judge